UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Clara Akalarian | : |
| Frances Burt, | : |
| Vincent and Myra Ferla | : |
| Souhail Khoury, | : |
| Laura Obering | : |
| Edward and Joy Stoltenberg | : |
| James Wills | ; |
| Plaintiffs | : |
| Vs. | :   CASE No. 11-427 |
| | : |
| American Home Mortgage Acceptance,Inc, | |
| Wells Fargo, et al | : |
| Defendants | : |
| | : |

## OBJECTION TO ORDER TO DISMISS BY SHOWING CAUSE.

Now comes the Plaintiffs', by and through their Attorney, and object to the recommendation of the Special Master to Dismiss; and herein show cause for rejecting the recommendation through their attached memorandum. The Special Master was without constitutional, statutory and judicial authority to create and enforce use and occupancy fees. Pursuant to Rule 53 (f) of the Federal Rules of Civil Procedure, the Plaintiff objects to the "order" of September 28, 2012 (doc. #1343, filed on October 10, 2012)to pay "useand occupancy fees"; and to  the Special Master's subsequent recommendation (doc. #1361))that Plaintiffs' complaint be dismissed for the Plaintiff's alleged failure to conform to the non-judicially authorized requirement of the Master that the Plaintiff's pay a 'use and occupancy" monthly fee to the Master for the use of the Plaintiff's own property". Plaintiffs herein shown cause for the use fees proposals to be rejected.(Doc. #1368) as is further set forth in their  attached memorandum.

                                            Respectfully submitted,
                                            Plaintiffs',

        by their Attorney,
        /s/ Keven A. McKenna
        Keven A. McKenna, #662
        23 Acorn Street
        Providence, RI 02903
        (401) 273-8200

## CERTIFICATE OF SERVICE

I, Keven A. McKenna, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 4, 2012.

        /s/ Keven A. McKenna