UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                            )
                                            )
In re:  Mortgage Foreclosure Cases          )          Misc. No. 11-mc-88-M-LDA
                                            )
_____            )

**ORDER TO COMPLY**

The following plaintiffs are delinquent as of April 29, 2013 in paying use and occupancy fees, as previously directed, in the amounts shown.

Each of such plaintiffs is hereby ordered to make <u>all</u> payments shown as delinquent by May 7, 2013. Payments are to be made by check or money order payable to RI Special Master and must be received by her at 50 Holden Street, Providence, RI 02908 by such date. Failure of any plaintiff to come fully current in payments may result in the Special Master recommending dismissal of his/her case.

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 10-195 | O'Hern v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 450 | 900 |
| CA 10-468 | Fonseca et al v. GMAC Mortgage, LLC et al (For the months of March and April, 2013) | 520 | 1,040 |
| CA 11-205 | Lavergne v. Chase Home Finance, LLC (For the month of April, 2013) | 470 | 470 |
| CA 11-237 | DiGiorgio et al v. Mortgage Electronic Registration Services, Inc. et al (For the month of April, 2013) | 600 | 600 |
| CA 11-291 | Dolan v. Mortgage Electronic Registration Services, Inc. et al (For the month of April, 2013) | 1,170 | 1,170 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 11-397 | Waldron et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 840 | 1,680 |
| CA 11-427A | Akalarian et al v. American Home Mortgage Servicing, Inc. et al (Burt) (For the months of May, 2012 through April, 2013) | 520 | 6,240 |
| CA 11-427B | Akalarian et al v. American Home Mortgage Servicing, Inc. et al (Ferla) (For the months of October through December, 2012 and February and March, 2013) | 480 | 2,380 |
| CA 11-427E | Akalarian et al v. American Home Mortgage Servicing, Inc. et al (Obering) (For the months of May, 2012 through April, 2013) | 430 | 5,160 |
| CA 11-427G | Akalarian et al v. American Home Mortgage Servicing, Inc. et al (Wills) (For the months of May, 2012 through April, 2013) | 510 | 6,120 |
| CA 11-458 | Ammerman v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 510 | 510 |
| CA 11-471 | Carr et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 430 | 430 |
| CA 11-500 | Moran v. Mortgage Electronic Registration Services, Inc. et al (For the months of March and April, 2013) | 660 | 1,320 |
| CA 11-518 | Hall v. Principal Residential Mortgage Corp. (For the months of April, 2013) | 590 | 590 |
| CA 11-569 | Greco et al v. Argent Mortgage Company, LLC et al (For the month of April, 2013) | 650 | 650 |
| CA 11-583 | Ferreira et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 540 | 540 |
| CA 11-591 | Villon v. First Franklin Financial Corporation et al (For the months of March and April, 2013) | 660 | 1,320 |
| CA 11-596 | Morrissey, Jr. v. JP Morgan Chase Bank, N.A. et al (For the month of April, 2013) | 460 | 460 |
| CA 11-612 | Rene v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 420 | 840 |
| CA 11-613 | Jamrog v. Mortgage Electronic Registration Services, Inc. et al (For the months of March and April, 2013) | 580 | 1,160 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 11-622 | Pitts v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 280 | 280 |
| CA 11-630 | Romain et al v. Mortgage Electronic Registration Systems, Inc. et al (For the remainder of the month of April, 2013) | 670 | 340 |
| CA 11-634 | Paolo v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 1,550 | 1,550 |
| CA 12-021 | Gambrah v. Mortgage Electronic Registration Services, Inc. et al (For the months of February, March and April, 2013 – all due 4/1) | 750 | 2,250 |
| CA 12-022 | Otano v. Mortgage Electronic Registration Systems, Inc. et al (For the months of remainder of March and April, 2013) | 430 | 650 |
| CA 12-028 | Pearl et al v. Mortgage Electronic Registration Systems, Inc. et al (For the remainder of the month of February, 2013) | 650 | 410 |
| CA 12-029 | Lee v. Washington Mutual Bank, FA et al (For the month of April, 2013) | 520 | 520 |
| CA 12-030 | Gomez v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 480 | 960 |
| CA 12-032 | Guglielmo et al v. Mortgage Electronic Registration Services, Inc. et al (For the months of March and April, 2013) | 430 | 860 |
| CA 12-034 | Paliotta et al v. Mortgage Electronic Registration Systems, Inc et al (For the month of April, 2013) | 600 | 600 |
| CA 12-036 | Mapel v. Mortgage Electronics Registration Systems, Inc. et al (For the month of April, 2013) | 490 | 490 |
| CA 12-048 | Senra et al v. Mortgage Electronic Registration Systems, Inc et al (For the month of April, 2013) | 650 | 650 |
| CA 12-054 | Lyons v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 430 | 860 |
| CA 12-070 | Frye et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 550 | 550 |
| CA 12-104 | Imondi et al v. Washington Mutual Bank, FA (For the month of April, 2013) | 510 | 510 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-114 | Goncalves et al v. Mortgage Electronic Registration Services, Inc. et al (For the month of April, 2013) | 520 | 520 |
| CA 12-130 | Brown v. Mortgage Electronic Registration Systems, Inc et al (For the month of April, 2013) | 920 | 920 |
| CA 12-155 | Breton et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 740 | 1,480 |
| CA 12-156 | Southland et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 720 | 720 |
| CA 12-183 | Slattery v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 910 | 910 |
| CA 12-205 | Eguez et al v. Ocwen Loan Servicing, LLC  et al (For the month of April, 2013) | 560 | 560 |
| CA 12-219 | David et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 370 | 740 |
| CA 12-226 | Mendez et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 650 | 650 |
| CA 12-235 | Objio et al v. Wells Fargo Bank, NA et al (For the months of March and April, 2013) | 500 | 1,000 |
| CA 12-264 | Fonseca et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 620 | 620 |
| CA 12-280 | Sousa et al v. Wells Fargo Bank, NA et al (For the month of April, 2013) | 640 | 640 |
| CA 12-320 | Vetelino et al v. Wells Fargo Home Mortgage (For the months of March and April, 2013) | 200 | 400 |
| CA 12-342 | Marin v. Mortgage Electronic Registration Systems et al (For the month of April, 2013) | 550 | 550 |
| CA 12-357 | Leftwich v. Mortgage Electonic Registration Systems, Inc et al (For the months of March and April, 2013) | 540 | 1,080 |
| CA 12-388 | Rosa v. Citimortgage, Inc. et al (For the month of April, 2013) | 390 | 390 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-392 | Sprague v. Wells Fargo Bank, NA (For the months of November, 2012 through April, 2013) | 530 | 3,180 |
| CA 12-429 | O'Connell v. Bank of America Home Loans et al (For the month of April, 2013) | 550 | 550 |
| CA 12-443 | DaSilva et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 1090 | 1,090 |
| CA 12-450 | Wolf et al v. U.S. Bank National Association (For the months of March and April, 2013) | 500 | 1,000 |
| CA 12-462 | Meresi v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 370 | 370 |
| CA 12-477 | Boudreau, Jr. et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 530 | 530 |
| CA 12-491 | Latour v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 610 | 610 |
| CA 12-543 | Smith et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 900 | 900 |
| CA 12-553 | Riccardi v. Chase Bank USA N.A. (For the month of April, 2013) | 660 | 660 |
| CA 12-561 | Sterling v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 430 | 420 |
| CA 12-570 | Romain v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February and March, 2013) | 660 | 1,320 |
| CA 12-581 | Paulino et al v. Bank of America et al (For the months of March and April, 2013) | 650 | 1,300 |
| CA 12-604 | Romano et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 380 | 380 |
| CA 12-612 | Hernandez et al v MERS et al (For the month of April, 2013) | 580 | 580 |
| CA 12-619 | Fernandez v. American Servicing Co. et al (For the month of April, 2013) | 570 | 570 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|----------|-----------|-----------------|--------------|
| CA 12-632 | Silva v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 450 | 450 |
| CA 12-649 | Wood et al v. Ameriquest Mortgage Company et al (For the months of the remainder of March and April, 2013) | 540 | 660 |
| CA 12-663 | DiCostanzo v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 360 | 360 |
| CA 12-677 | Ernest et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 550 | 550 |
| CA 12-719 | McInerney et al v. National City Mortgage Co. et al (For the remainder of the month of February, 2013) | 1,550 | 1,150 |
| CA 12-736 | Ortiz v. Mortgage Electronic Registration Systems et al (For the month of April, 2013) | 620 | 620 |
| CA 12-761 | McCoy v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 340 | 340 |
| CA 12-783 | Delacruz et al v. Mortgage Electronic Registration Systems et al (For the month of April, 2013) | 570 | 570 |
| CA 12-800 | Gomersall v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 740 | 1,480 |
| CA 12-801 | Moore v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 580 | 1,160 |
| CA 12-824 | Berkemeier v. Chase Bank USA, NA et al (For the month of April, 2013) | 530 | 530 |
| CA 12-830 | Beckwith v. Mortgage Electronic Registration Systems, Inc. et al (For the month of March, 2013) | 380 | 380 |
| CA 12-831 | Cooke, Jr. et al v. Mortgage Electronic Registration Services, Inc. et al (For the month of April, 2013) | 770 | 770 |
| CA 12-844 | St. Laurent v. Wells Fargo Bank, N.A. (For the months of March and April, 2013) | 1,440 | 2,880 |
| CA 12-845 | Contrereas et al v. Mortgage Electronic Registration Systems et al (For the months of March and April, 2013) | 530 | 1,060 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-846 | Hach et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 510 | 1,020 |
| CA 12-853 | Fiore v. Wachovia Mortgage; FSB et al (For the month of April, 2013) | 810 | 810 |
| CA 12-854 | Montgomery et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 810 | 810 |
| CA 12-858 | Jaramillo v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 670 | 1,340 |
| CA 12-868 | Vaz et al v. Option One Mortgage Corporation et al (For the month of April, 2013) | 760 | 760 |
| CA 12-885 | Chiv v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March and April, 2013) | 550 | 1,100 |
| CA 12-895 | Moreno et al v. MERS, Inc. et al (For the month of April, 2013) | 650 | 650 |
| CA 12-899 | Noiseux v. Flagstar Bank, FSB (For the remainder of the month of April, 2013) | 670 | 660 |
| CA 12-905 | White v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 2,020 | 2,020 |
| CA 12-907 | Neves v. Ameriquest Mortgage Company et al (For the month of April, 2013) | 400 | 400 |
| CA 12-919 | Tokarski v. Deutsche Bank Trust Company Americas et al (For the months of November, 2012 through April, 2013) | 500 | 2,830 |
| CA 12-935 | Saing v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through April, 2013) | 480 | 960 |
| CA 13-001 | Regnault v. JP Morgan Chase Bank, NA (For the month of March and April, 2013) | 270 | 540 |
| CA 13-007 | Salkeld v. Wells Fargo Bank, N.A. et al (For the months of March and April, 2013) | 430 | 860 |
| CA 13-041 | Akalarian v. Federal National Mortgage Assoc. et al (For the remainder of the month of March, 2013) | 800 | 400 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|----------|-----------|-----------------|--------------|
| CA 13-058 | Rainone v. Chase Bank USA, NA et al (For the month of April, 2013) | 990 | 990 |
| CA 13-065 | Nicolace v. JP Morgan Chase Bank NA (For the month of April, 2013) | 570 | 570 |
| CA 13-070 | Rost, Sr. et al v. Option One Mortgage Corporation et al (For the month of April, 2013) | 260 | 260 |
| CA 13-074 | Estate of Felipe Caba v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 340 | 340 |
| CA 13-077 | Carignan v. Wells Fargo Bank, NA et al (For the month of April, 2013) | 500 | 500 |
| CA 13-078 | Benevides v. Option One Mortgage Corporation et al (For the month of April, 2013) | 510 | 510 |
| CA 13-084 | Batista et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 590 | 590 |
| CA 13-085 | Bittner et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of April, 2013) | 520 | 520 |
| CA 13-109 | Loffredo et al v. Wells Fargo Bank, NA et al (For the month of April, 2013) | 480 | 480 |

Payments are to be made by check or money order payable to RI Special Master and must be received by her at 50 Holden Street, Providence, RI 02908 by her no later than May 7, 2013.


4/30/13

Merrill W. Sherman
Special Master

Date