UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CLARA AKALARIAN et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>AMERICAN HOME MORTGAGE SERVICING, )<br>INC. et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 11-CV-00427 |

## JUDGMENT

In accordance with the Order Granting Bank of America's Motion for Entry of Judgment entered this date, the Court hereby enters judgment in favor of all Defendants on all claims asserted by Plaintiffs pursuant to Fed. R. Civ. P. 58(a) & (d).

_____
Hon. John J. McConnell, Jr.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of JUNE, 2014